FILED

MAY 5 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In the Matter of: JOHN FELIX CASTLEMAN, Sr.; KIMBERLY KAY CASTLEMAN,<br><br>Debtors,<br><br>------------------------------<br><br>JOHN FELIX CASTLEMAN, Sr.; KIMBERLY KAY CASTLEMAN,<br><br>Appellants,<br><br>v.<br><br>DENNIS LEE BURMAN, Chapter 7 Trustee,<br><br>Appellee. | No. 22-35604<br><br>D.C. No. 2:21-cv-00829-JHC<br>Western District of Washington, Seattle<br><br><br>ORDER |

Before: HAWKINS, TALLMAN, and IKUTA, Circuit Judges.

At oral argument, the parties shall be prepared to address whether the Ninth Circuit's holdings in *Wilson v. Rigby*, 909 F.3d 306, 309 (9th Cir. 2018), and *In re Reed*, 940 F.2d 1317, 1323 (9th Cir. 1991), that property appreciation benefits the bankruptcy estate, is partially modified in a Chapter 13 case by 11 U.S.C. § 1327(b)

("Except as otherwise provided in the plan or the order confirming the plan, the confirmation of a plan vests all of the property of the estate in the debtor"), so that (1) any appreciation to property from the time of Chapter 13 filing to plan confirmation benefits the estate; (2) upon revesting in debtor, any appreciation benefits the debtor from the date of plan confirmation until the date of conversion, and (3) upon conversion to Chapter 7, any additional appreciation benefits the estate. *See Rodriguez v. Barrera* (*In re Barrera*), 22 F.4th 1217, 1223-23 (10th Cir. 2022).

    SO ORDERED.