UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 28 2023



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: JOHN FELIX CASTLEMAN, Sr.; KIMBERLY KAY CASTLEMAN,<br><br>Debtors,<br><br>-------------------------------<br><br>JOHN FELIX CASTLEMAN, Sr.; KIMBERLY KAY CASTLEMAN,<br><br>    Appellants,<br><br> v.<br><br>DENNIS LEE BURMAN, Chapter 7 Trustee,<br><br>    Appellee. | No. 22-35604<br><br>D.C. No. 2:21-cv-00829-JHC<br>U.S. District Court for Western Washington, Seattle<br><br>**ORDER** |

The amicus brief submitted on January 9, 2023 by National Association of

Bankruptcy Trustees is filed. No additional paper copies are required at this time.

              FOR THE COURT:

              MOLLY C. DWYER
              CLERK OF COURT