|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | SEP 6 2023 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| In the Matter of: JOHN FELIX CASTLEMAN, Sr.; KIMBERLY KAY CASTLEMAN,<br><br>Debtors,<br><br>------------------------------<br><br>JOHN FELIX CASTLEMAN, Sr.; KIMBERLY KAY CASTLEMAN,<br><br>          Appellants,<br><br> v.<br><br>DENNIS LEE BURMAN, Chapter 7 Trustee,<br><br>          Appellee. | No. 22-35604<br><br>D.C. No. 2:21-cv-00829-JHC<br>Western District of Washington, Seattle<br><br><br>ORDER |

Before: HAWKINS, TALLMAN, and IKUTA, Circuit Judges.

     Judge Ikuta has voted to deny Appellants' petition for rehearing en banc and Judge Hawkins so recommends. Judge Tallman recommends granting the petition. The full court has been advised of the petition for rehearing en banc and no judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

Appellants' petition for rehearing en banc is denied.