# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 7, 2023

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  John Felix Castleman, Sr., et ux.
           v. Dennis Lee Burman, Chapter 7 Trustee
           No. 23-615
           (Your No. 22-35604)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 5, 2023 and placed on the docket December 7, 2023 as No. 23-615.

          Sincerely,

          **Scott S. Harris**, Clerk

          by

          Sara Simmons
          Case Analyst